**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **DGL GROUP LTD.,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:25-CV-2544-L** |
| | § | |
| **GOLABS, INC.,** | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the court is Plaintiff DGL Group Ltd.'s Agreed Motion to Transfer Venue to the District of New Jersey ("Motion") (Doc. 54), filed October 16, 2026. Pursuant to 28 U.S.C. § 1404(a), a district court may transfer a civil action to any other district or division to which all parties have consented. As the parties have agreed to the transfer of this action to the District of New Jersey, the court determines that, for the convenience of the parties and witnesses, and in the interest of justice, the Motion be and is hereby **granted**. Accordingly, the court **directs** the clerk of court to **transfer** this action to the District of New Jersey. The clerk of court shall **immediately** effect this transfer in accordance with the usual procedure.

**It is so ordered** this 19th day of October, 2026.

Sam A. Lindsay
United States District Judge