AO 120 (Rev. 08/10)

| TO: **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK** |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court Northern District of Texas, Dallas Division on the following

☑ Trademarks or ☐ Patents. ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| 3:25-cv-2544 | 9/19/2025 | Northern District of Texas, Dallas Division |

| PLAINTIFF | DEFENDANT |
|---|---|
| DGL Group Ltd | Golabs Inc |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 3,685,723 | 9/22/2009 | Golabs Inc |
| 2 9,126,487 | 9/8/2015 | Arx Pax LLC |
| 3 10,286,977 | 5/14/2019 | Robert Haenel |
| 4 D778,782 | 2/14/2017 | Zhejiang Luqi Intelligent Technology Co Ltd |
| 5 D808,856 | 1/30/2018 | Shenzhen Chitado Technology Co Ltd |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |
|---|---|
| | |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Case transferred to the District of New Jersey |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Karen Mitchell | s/A. Monserrate | 9/22/2025 |

**Copy 1—Upon initiation of action, mail this copy to Director Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director Copy 4—Case file copy**

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 6. D871,965 | 1/7/2020 | Zhejiang Taotao Vehicles Co Ltd |
| 7. D891,297 | 7/28/2020 | Shenzhen Chitado Technology Co Ltd |

Print Save As... Reset